**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ DEC 7 2006 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------x

BMG MUSIC, a New York general partnership;
ATLANTIC RECORDING CORPORATION, a
Delaware corporation; SONY BMG MUSIC
ENTERTAINMENT, a Delaware general
partnership; WARNER BROS. RECORDS INC., a
Delaware corporation; UMG RECORDINGS, INC.,
a Delaware corporation; INTERSCOPE RECORDS,
a California general partnership; CAPITOL
RECORDS, INC., a Delaware corporation; and
VIRGIN RECORDS AMERICA, INC., a California
corporation,

        Plaintiffs,

     -against-

JENNIFER JOHNSON,

        Defendant.

---------------------------------------------x

: Civil Action No.: 06-cv-3630 (DGT) (RML)

: Filed Electronically

: **NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs BMG MUSIC, *et al.*, by and through their attorneys, voluntarily dismiss this case with prejudice, each party to bear its/his/her own fees and costs. The Clerk of Court is respectfully requested to close this case.

Dated: New York, New York
       December 1, 2006

ROBINSON & COLE LLP
Attorneys for Plaintiffs

By: _____
Brian E. Moran (BM-8573)
Richard J. Guida (RG-5147)
885 Third Avenue, Suite 2800
New York, NY 10022-4834
Telephone: (212) 451-2900
Facsimile: (212) 451-2999

APPLICATION GRANTED.
SO ORDERED.

_s/Edward R. Korman_  12/5/06
David G. Trager
United States District Judge

1